FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 SEP 26  PM 3: 35

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KELVIN J. ROBBINS,            )
                              )
    Plaintiff,                )
                              )
v.                            )   CASE NO. CV412-208
                              )
UNIVERSAL MOTOWN and          )
UNIVERSAL REPUBLIC RECORDS,   )
                              )
    Defendants.               )
                              )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Plaintiff's complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.[1]

SO ORDERED this 26th day of September 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As a result, all pending motions are **DISMISSED AS MOOT**.